IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 04-cv-02589 WDM-CBS

LOREN R. GASIOROWSKI,

      Petitioner,

vs.

GARY WATKINS, WARDEN, Fremont Correctional Facility, and,
ATTORNEY GENERAL FOR THE STATE OF COLORADO,

      Respondents.


FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 24 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER RETURNING STATE COURT RECORD

---

      Upon careful examination of the record, it appears that the disposition of the above

captioned case is now final. It is, therefore

      **ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 23rd day of March, 2010

BY THE COURT:

_____
Walker D. Miller,
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 04-cv-02589-WDM-CBS

Loren R. Gasiorowski
Prisoner No. 86478
Fremont Corr. Facility
PO Box 999
Cañon City, CO 81215- 0999

Adams County District Court
Adams County Justice Center
1100 Judicial Center Drive
Brighton, CO 80601

John Jacob Fuerst, III
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  3/24/10   .

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk